**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
OCEAN WORLD LINES, INC.,

                         Petitioner,

-against-

TRANSOCEAN SHIPPING
TRANSPORTAGENTUR GESMBH,
                         Respondent.
-----------------------------------------------------------X

19 **CIVIL** 43 (AT)

JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 16, 2020, the petition to confirm the arbitration award is granted, but OWL's request for an anti-suit injunction and its motion for attorney's fees are denied; accordingly, the case is closed.

**Dated**: New York, New York
         June 17, 2020

                                          **RUBY J. KRAJICK**
                                          _____
                                          **Clerk of Court**
                  **BY:**
                             _____
                                            **Deputy Clerk**